**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00043-CV**

**IN THE INTEREST OF J.C., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00975-X**

**ORDER**

This accelerated appeal from a final order in a child protection case was filed January 11, 2022. The reporter's record was requested by Mother, who is entitled to proceed without costs, on January 28, 2022 and was due to be filed February 7, 2022. When it had not been filed by February 8, we ordered it filed by February 10, 2022. To date, it has not been filed but by letter filed February 17, 2022, court reporter Pamela Sumler requests an extension, explaining the two weeks between the date the record was requested and the extended deadline was insufficient to prepare the record of the "full day" trial.

Under the rules of appellate procedure, the appellate record in an accelerated appeal is due within ten days of the later of (1) the notice of appeal being filed, (2) the request that the record be prepared, or (3) payment arrangements or a showing of entitlement to proceed without costs being made. *See* TEX. R. APP. P. 35.1(b), 35.3(b). Additionally, in parental termination and child protection cases, preparation of the record must commence immediately upon the later of the above-listed events occurring and, absent extraordinary circumstances, must be filed with no more than thirty days of extensions. *See id.* 28.4(b)(1),(2). Accordingly, we **GRANT** the request and **ORDER** the record be filed **no later than February 28, 2022.** *We caution Ms. Sumler that further extensions will not be granted absent exigent circumstances. To ensure the record is filed by February 28, the trial court must arrange for a substitute reporter if necessary. See id.* 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    CRAIG SMITH
       JUSTICE